IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

CHARLES HEATH STEWART

INDICTMENT

5:14cr25-RS

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 12, 2013, in the Northern District of Florida, the defendant,

**CHARLES HEATH STEWART,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO

On or about October 17, 2013, in the Northern District of Florida, the defendant,

**CHARLES HEATH STEWART,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of

Returned in open court pursuant to Rule 6(f)

9-17-14
Date

[signature]
United States Magistrate Judge

such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THREE

On or about November 11, 2013, in the Northern District of Florida, the defendant,

### CHARLES HEATH STEWART,

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FOUR

On or about May 16, 2014, in the Northern District of Florida and elsewhere, the defendant,

### CHARLES HEATH STEWART,

did knowingly possess material that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Counts One through Four of this Indictment, punishable by imprisonment for more than one year, the defendant,

**CHARLES HEATH STEWART,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

A.   Any visual depiction or other matter containing such visual depiction or image of child pornography that was produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Four of this Indictment;

B.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Four of this Indictment; and

C.   Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Four of this Indictment.

D.   The property referenced in paragraphs A, B, and C above includes, but is not limited to, computer and electronic equipment, cameras, software, cellular telephones, storage media, and storage devices.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

**REDACTED**

FOREPERSON

DATE 9-16-2014

PAMELA C. MARSH
United States Attorney

GAYLE E. LITTLETON
Assistant United States Attorney