UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 5:14-cr-25-TKW-MJF
  5:19-cv-32-TKW-MJF

CHARLES HEATH STEWART,

     Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 217). Defendant filed objections (Doc. 221), along with a motion to exceed the page limit for objections (Doc. 220).

The Court need not rule on the motion to exceed page limits because Plaintiff did not cite (and the Court is aware of) any statute or rule establishing page limits for objections. That said, like any filing, objections should be narrowly focused and no longer than necessary. Here, Defendant's objections are much longer than they need to be (partly because Defendant objected to nearly every paragraph and ruling in the Report and Recommendation), but the Court will consider the objections as filed because it would only delay disposition of this case to require Defendant to present his objections more concisely.

Where, as here, a party objects to the magistrate judge's Report and Recommendation, the Court is required to review the issues raised in the objections

de novo. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court did so here, and based on that review, the Court fully agrees with the magistrate judge's analysis and disposition of each of claim raised in Defendant's second amended §2255 motion. The Court also agrees with the magistrate judge's determination that a certificate of appealability should be denied because, notwithstanding Defendant's argument to the contrary, reasonable jurists could not disagree on the merits of the constitutional claims raised by Defendant.

Accordingly, it is **ORDERED** that

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendant's second amended §2255 motion (Doc. 194) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall terminate Defendant's motion to exceed page limits (Doc. 220) without action.

5. The Clerk shall close the case file.

**DONE and ORDERED** this 29th day of April, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**